IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| OSCAR SANTIAGO SOLORIO, | * |
| Plaintiff, | * |
| v. | Case No. 7:22-CV-105 (HL) |
| | * |
| OLD MEXICO OF MOULTRIE, INC,, | |
| | * |
| Defendant. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated November 14, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 14th day of November, 2023.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk